# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| | (For **Revocation** of Probation or Supervised Release) |
| v. | Case Number:  08-cr-00022-EWN-01 |
| | USM Number:  25641-044 |
| TORRENCE TRIPLETT | Robert William Pepin, AFPD |
| | (Defendant's Attorney) |

**THE DEFENDANT:** Admitted guilt to violations 1, 3, 5, 6, and 10, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Possession and Use of a Controlled Substance | 01/26/08 |
| 3 | Possession and Use of a Controlled Substance | 03/28/08 |
| 5 | Failure to Notify Officer of Change in Residence | 01/12/08 |
| 6 | Failure to Pay Restitution as Directed | 04/15/08 |
| 10 | Failure to Participate in Substance Abuse Treatment as Directed by the Probation Officer | 04/08/08 |

The defendant is sentenced as provided in page 2 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

Violations 2, 4, 7, 8, and 9 were withdrawn by the government on June 20, 2008.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

October 23, 2008
_____
Date of Imposition of Judgment

s/ Walker D. Miller
_____
Signature of Judge

Walker D. Miller, Senior  U.S. District Judge
_____
Name & Title of Judge

October 27, 2008
_____
Date

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of twelve (12) months and one day.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By_____
Deputy United States Marshal